[No. 13883-6-III.    Division Three.    June 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
D. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 93-1-50203-5, Craig Matheson, J., entered
January 18, 1994. *Reversed* by unpublished opinion per
Sweeney, C.J., concurred in by Munson and Schultheis,
JJ.

[No. 14208-6-III.    Division Three.    June 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JANEL
KIMBERLY OZANNE, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-1-00632-6, Susan L. Hahn, J.,
entered June 23, 1994. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Sweeney, C.J., and
Schultheis, J.

[No. 14227-2-III.    Division Three.    June 6, 1996.]

A. G. EDWARDS, INC., ET AL. , *Respondents*, v.
NORTHWEST PIPELINE CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 93-2-00474-2, Carolyn A. Brown, J.,
entered July 7, 1994. *Reversed* by unpublished opinion per
Thompson, J., concurred in by Schultheis, A.C.J., and
Munson, J.

[No. 14305-8-III.    Division Three.    June 6, 1996.]

HARRY J. JACKSON, D/B/A H.J. CONSTRUCTION,
*Respondent*, v. STEVEN IRBY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 92-2-01428-8, Stephen M. Brown, J.,
entered August 26, 1994. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Sweeney, C.J., and
Thompson, J.